IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LONNIE STRIPLING, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00654 |
| v. | ) District Judge William L. Campbell, Jr. |
| | ) Magistrate Judge Jeffery S. Frensley |
| INGRAM BARGE COMPANY, LLC D/B/A INGRAM BARGE COMPANY, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant Ingram Barge Company LLC d/b/a Ingram Barge Company moves for summary judgment as to each of Plaintiff's claims. Contemporaneously with this motion, Defendant has filed: (1) a supporting Memorandum, setting forth the factual and legal reasons why Plaintiff's claims fail as a matter of law; (2) a Statement of Undisputed Material Facts, in accordance with Local Rule 56.01; and (3) a Record Appendix containing the Exhibits to the relevant portions of the evidentiary record, including the Declarations of David Franklin, Kelly Clapp, Mark Davidson, and Pam Timmons.

For the reasons set forth in these contemporaneously filed documents, Defendant respectfully requests that Plaintiff's Complaint be dismissed with prejudice in its entirety and enter judgment in Defendant's favor.

Respectfully submitted,

/s/ Keith D. Frazier
Keith D. Frazier, TN #012413
Erin A. Shackelford, TN #034788
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908

S. Mark Klyza, Louisiana Bar No. 02028
(admitted *pro hac vice*)
Jessica L. Marrero, Louisiana Bar No. 34661
(admitted *pro hac vice*)
THE KULLMAN FIRM
1100 Poydras St., Suite 1600
New Orleans, LA 70163
Telephone: (504) 524-4162

Attorneys for Defendant Ingram Barge Company,
LLC d/b/a Ingram Barge Company

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 14, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

W. Gary Blackburn, Esq.
Bryant Kroll, Esq.
The Blackburn Firm, PLLC
213 Rep. John Lewis Way North, Suite 300
Nashville, TN 37219
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com

Attorneys for Plaintiff

                /s/ Keith D. Frazier _____

48563056.1